UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

STEPHEN HUTCHINGS,

        Plaintiff,

        v.

BEN FRANKLIN TRANSIT and TIM FREDERICKSON,

        Defendants.

No. CV-06-5047-FVS

ORDER DISMISSING TIM FREDERICKSON AND CLOSING FILE

**THIS MATTER** came before the Court for oral argument on Defendant Timothy Frederickson's Motion for Summary Judgment, Ct. Rec. 24, on May 18, 2007.  The Plaintiff was represented by Stephen C. Lacy.  The Defendants were represented by Shannon E. Phillips.

    The Plaintiff having failed to respond to Frederickson's motion for summary judgment, and the Plaintiff having further agreed that Frederickson is not a proper party to this suit,

**IT IS HEREBY ORDERED:**

    1. Timothy Fredericksons' Motion for Summary Judgment, **Ct. Rec. 24,** is **GRANTED.**

    2. The District Court Executive shall enter judgment in favor of the Defendants.

/

/

/

ORDER DISMISSING TIM FREDERICKSON AND CLOSING FILE- 1

1  **IT IS SO ORDERED.**  The District Court Executive is hereby
2  directed to enter this order, furnish copies to counsel, and **CLOSE THE**
3  **FILE.**
4  **DATED** this  9th  day of July, 2007.

             s/ Fred Van Sickle
             Fred Van Sickle
             United States District Judge

ORDER DISMISSING TIM FREDERICKSON AND CLOSING FILE- 2