AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

STEPHEN HUTCHINGS,

                                                              JUDGMENT IN A CIVIL CASE

v.

BEN FRANKLIN TRANSIT and
TIM FREDERICKSON,

                                       CASE NUMBER: CV-06-5047-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the Defendants.

July 9, 2007
*Date*

JAMES R. LARSEN
*Clerk*
s/ Virginia Reisenauer
*(By) Deputy Clerk*
Virginia Reisenauer